ARKANSAS STATE HOSPITAL *v.* ESTATE OF
GRACE BROOKS CULVER, An Incompetent

5-4543                                      426 S. W. 2d 374

Opinion delivered April 15, 1968

*Douglas Bradley,* for appellant.

*George H. Steimel,* for appellee.

George Rose Smith, Justice. Since 1947 Grace
Brooks Culver, a mentally incompetent woman, has
been almost continuously confined to the State Hospital.
In 1966 Mrs. Culver inherited $12,388.03, which was paid
to her guardian. The State Hospital then filed a claim
in the probate court against Mrs. Culver's estate for
$16,268.74, which is shown to be the sum due the State
Hospital for her maintenance and treatment during
the years of her confinement, nothing having ever been
paid upon the account. This appeal is from a probate
court order allowing the claim for three years only, in
the amount of $5,280.

Counsel for the guardian concede, with candor, that
there is no applicable statute of limitations with respect
to the State Hospital's assertion of a claim of this kind.
*Cruce* v. *Ark. State Hospital,* 241 Ark. 680, 409 S. W.
2d 342 (1966); *Alcorn* v. *Ark. State Hospital,* 236 Ark.
665, 367 S. W. 2d 737 (1963). In fact, counsel's only
argument against a reversal is the forlorn suggestion

that the court's order is not a final judgment, for the reason that the allowance of part of the State Hospital's claim was not accompanied by an express disallowance of the rest of it. Such a contention does not deserve serious discussion.

Reversed and remanded for the entry of an order allowing the claim.